**Belvin WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 103600**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

FILED: February 28, 2017

Motion for Rehearing and/or Transfer
to Supreme Court Denied April
10, 2017

Application for Transfer Denied
June 27, 2017

Srikant Chigurupati, St. Louis, MO, for appellant.

Chris Koster, Daniel N. McPherson, Jefferson City, MO, for respondent.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

### ORDER

PER CURIAM

Belvin Williams ("Movant") appeals from the motion court's judgment denying his motion for post-conviction relief following an evidentiary hearing. This Court affirmed his convictions of one count of assault in the first degree, one count of robbery in the first degree, and two counts of armed criminal action; he was sentenced to four consecutive terms of 30 years' imprisonment. State v. Williams, 427 S.W.3d 259 (Mo. App. E.D. 2014). We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).